# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ROCK HILL DIVISION

| | |
|---|---|
| Roberta J. Blackmon, | C/A No. 0:15-cv-316-CMC |
| Plaintiff, | |
| v. | **ORDER GRANTING PETITION** |
| Carolyn W. Colvin, | **FOR ATTORNEY'S FEES** |
| Acting Commissioner of Social Security, | |
| Defendant. | |

On October 22, 2015, Plaintiff's attorney filed a petition for attorney's fees pursuant to 42 U.S.C. § 406(b)(1) and Local Rule 83.VII.07. ECF No. 15. The motion seeks an award of $4,896.38, including $4,473.38 for fees (23.7 hours at $188.75 per hour), $407.00 for costs and $16.00 for expenses. *Id.* On November 6, 2015, the parties filed a Joint Stipulation for an Award of Attorney's Fees. ECF No. 17.

The Court has reviewed the fee petition and the parties' stipulation wherein the parties stipulate, subject to the approval of the court, that Plaintiff's fee petition is withdrawn. Accordingly, pursuant to the parties' stipulation,

**IT IS ORDERED** that Plaintiff shall be awarded Four Thousand ($4,000.00) Dollars in attorney's fees, with Four Hundred Seven ($407.00) Dollars in costs and Sixteen ($16.00) Dollars in expenses. These fees are to be made payable to Plaintiff and delivered by Defendant to the business address of Plaintiff's counsel.

**IT IS SO ORDERED.**

s/ Cameron McGowan Currie
CAMERON McGOWAN CURRIE
SENIOR UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
November 10, 2015